UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PHILLIP JOHNSON, | ) | No. CV 10-04815-VBK |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: June 2, 2011 　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　VICTOR B. KENTON
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE